527 A.2d 508

**COMMONWEALTH**

v.

**Tony PRIESTER, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 30, 1987.

### ORDER

AND NOW, this 30th day of January, 1987, the petition for permission for allowance of appeal nunc pro tunc and the appointment of counsel is denied without prejudice to seek relief under the Post Conviction Hearing Act.